IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-564-AP

LINDA G. DUNCAN,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

## ORDER OF REMAND

Defendant's Unopposed Motion for Remand (doc.#11), filed October 11, 2005, is **GRANTED.** This case is remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand to the Commissioner's Appeals Council, the case will be remanded to an Administrative Law Judge (ALJ) for further action, including a supplement hearing; Plaintiff will have the opportunity to submit additional evidence relevant to her claim; and the ALJ will be directed as follows:

    consider additional evidence Plaintiff submitted to the Appeals Council, including records from the University of Colorado Hospital;

    associate the claim file relating to Plaintiff's subsequent application, which was denied, consider all relevant evidence, and issue a new decision on both claims.

The case is being remanded pursuant to sentence four of 42 U.S.C. § 405(g). The Court clerk is directed to enter a judgment in accordance with Fed. R. Civ. P. 58,

consistent with the decision in <u>Shalala v. Schaefer</u>, 509 U.S. 292, 296-302 (1993).

DATED this 12th day of October, 2005.

BY THE COURT:

**S/John L. Kane**
Judge, United States  District Court