IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **05-cv-564-AP**

**LINDA G. DUNCAN,**

        Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

The Stipulated Motion to Award Attorney Fees Under the Equal Access to Justice Act (doc. #16), filed November 2, 2005, is **GRANTED**.  In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff reasonable attorney fees in the amount of **$4,270.00**.

Dated at Denver, Colorado, this 2nd day of November, 2005.

        BY THE COURT:

        **S/John L. Kane**
        JOHN L. KANE, SENIOR JUDGE
        UNITED STATES DISTRICT COURT